FILE COPY

No. 07-15-00244-CV

| | | |
|---|---|---|
| In re Make Ready Contractors, Inc., Relator | § | Original Proceeding |
| | § | August 28, 2015 |
| | § | Opinion by Justice Campbell |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated August 28, 2015, it is ordered, adjudged and decreed that relator's petition for writ of mandamus is hereby denied.

o O o